■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHONDELL J. PAUL, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Lindley, Sconiers, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOEL THOMAS THORN, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Carni, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDDIE GLOVER, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Carni, Sconiers and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [910 NYS2d 758]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Fahey, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JARVIS LASSALLE, Appellant. [910 NYS2d 394]—Motion for writ of error coram nobis is held, the decision is reserved, and counsel is assigned to file and serve a brief on the issue of ineffective assistance of appellate counsel for failing to raise the issue that County Court erred in failing to advise defendant prior to the entry of his plea that his sentence would include a period of postrelease supervision. Present—Smith, J.P., Centra, Fahey and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DION MAXWELL, Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN SIMON, Also Known as "LUCK," Appellant. [910 NYS2d 759]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Peradotto, Lindley and Gorski, JJ.

■ MICHAEL HENNER et al., Appellants, v EVERDRY MARKETING AND MANAGEMENT, INC., et al., Defendants, and GEMINI INSURANCE COMPANY, Respondent. (Appeal No. 1.) [910 NYS2d 758]—Motion for reargument denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.